IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  94-cv-02581-WDM-BNB
Adversary Proceeding No. 94-1370-PAC

| | |
|---|---|
| INTEGRA REALTY RESOURCES, INC., and | Bankruptcy No. 92-18853-DEC |
| INTEGRA-A HOTEL AND RESTAURANT COMPANY, Tax ID No. 48-0764252 and | Bankruptcy No. 92-18854-PAC |
| BHC OF DENVER, INC., Tax ID No. 74-27914828, | Bankruptcy No. 92-18855-CEM |
| Debtors. | Jointly Administered Under Case No. 92-18853-DEC |

JEFFREY A. WEINMAN, as Trustee
for the Integra Unsecured Creditors' Trust,

    Plaintiff,

v.

FIDELITY CAPITAL APPRECIATION FUND,
et al.,

    Defendants.
_____

**ORDER**
_____

This matter is before me upon the Trustee's Motion for Revival of Judgments seeking to revive several judgments in this matter pursuant to Colo. R. Civ. P. 54(h). Said rule provides that judgments may be revived upon issuance of notice to the judgment debtor.  Trustee's motion provides only the judgment number, date of entry and amount remaining on the judgment.  It does not provide the names of the judgment debtor which would enable the Clerk to issue the required notice.

Accordingly, it is ordered that Trustee's Motion for Revival of Judgments is

denied without prejudice to Trustee submitting the information required by Colo. R. Civ. P. 54(h) to enable the Clerk of this court to issue the appropriate notice.

DATED at Denver, Colorado, on March 20, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge