IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB
Adversary Proceeding No. 94-1370-PAC

| | |
|---|---|
| INTEGRA REALTY RESOURCES, INC., and | Bankruptcy No. 92-18853-DEC |
| INTEGRA-A HOTEL AND RESTAURANT COMPANY, Tax ID No. 48-0764252 and | Bankruptcy No. 92-18854-PAC |
| BHC OF DENVER, INC., Tax ID No. 74-27914828, | Bankruptcy No. 92-18855-CEM |
| Debtors. | Jointly Administered Under Case No. 92-18853-DEC |

JEFFREY A. WEINMAN, as Trustee
for the Integra Unsecured Creditors' Trust,

    Plaintiff,

v.

FIDELITY CAPITAL APPRECIATION FUND,
et al.,

    Defendants.

---

### REVIVED FINAL JUDGMENT NO. 3

---

The court, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (doc. no. 1401), hereby orders that Final Judgment No. 3, originally entered by the court on September 29, 1999, is hereby revived effective March 22, 2007, to the extent described herein.

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the court expressly limits this Revival to those Judgment Debtors and sums listed on the

attached redacted Final Judgment No. 3, which excludes Judgment Debtors and sums that have been satisfied. The court authorized such redactions by order dated August 27, 2002 (doc. no. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, on May 8, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 1999

JAMES R. MANSPEAKER
CLERK

Civil Action No. 94-WM-2581

In re:

INTEGRA REALTY RESOURCES, INC.,
and

INTEGRA - A HOTEL AND RESTAURANT COMPANY
Tax I.D. No. 48-0764252
and

BHC OF DENVER, INC.,
Tax I.D. No. 74-27914828

    Debtors.

Jeffrey A. Weinman, as Trustee
for the Integra Unsecured Creditors' Trust,

    Plaintiff,

v.

Fidelity Capital Appreciation Fund, et al.,

    Defendants.

) Adversary Proceeding No. 94-1370-PAC
) Chapter 11
) Case No. 92-18853-DEC
)
) Case No. 92-18854-PAC
)
)
) Case No. 92-18855-CEM
)
) Jointly Administered under
) Case No. 92-18853-DEC

## FINAL JUDGMENT NO. 3

Pursuant to and in accordance with the Order Approving Class Settlement with Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1. Defendant Mohsen Abrishami and Elham Shaikhy, the sum of $21.00;

2. Defendant Jack L. Adams, the sum of $119.00;

3. ~~Defendant ADV OB-GYN Specialists Inc. Pension Plan DTD 1/1/85 FBO Richard L. Damschroder, and Kirby V. Anderson, Trustee, the sum of $749.00;~~

4. Defendant ADV OB-GYN Specialists Inc. Pension Plan U/A DTD 1/1/86 FBO Kirby V. Anderson, and Kirby V. Anderson, Trustee, the sum of ~~$2,625.00~~; $1,876.00.

5. Defendant Marvin Alexander, the sum of $35.00;

6. Defendant Warren W. Antrim and Betty A. Antrim, the sum of $119.00;

7. Defendant Marion Arbogast, the sum of $7.00;

8. Defendant Daniel T. Babiak, the sum of $42.00;

9. ~~Defendant Jeannette Baldwin, the sum of $28.00;~~

10. Defendant Troy E. Barton, the sum of $7.00;

11. ~~Defendant Raymond C. Becker, the sum of $56.00;~~

12. Defendant Joseph A. Bellomo and Helen Bellomo, the sum of $28.00;

13. Defendant James S. Brecount, the sum of $63.00;

14. ~~Defendant Richard L. Brinkman, the sum of $294.00;~~

15. Defendant Bernard Brock and Marie Brock, the sum of $1,316.00;

16. Defendant Charles T. Brusaw, Cust., Charles T. Brusaw Profit Sharing Plan and trustee(s) thereof, the sum of $896.00;

17. Defendant Dr. Richard C. Cammerer, the sum of $1,561.00;

18. Defendant Scott Cline, the sum of $56.00;

19. ~~Defendant Douglas F. Coates and Sharon E. Coates, the sum of $56.00;~~

2

20. Defendant Theodore C. Cooper, the sum of $14.00;

21. ~~Defendant Cosco Pension Plan and and trustee(s) thereof, the sum of $24,318.00;~~

22. Defendant Robert R. Daugherty and Debra L. Daugherty, the sum of $28.00;

23. ~~Defendant Alma B. Dawson, the sum of $294.00;~~

24. ~~Defendant Gerry W. Dawson, the sum of $294.00;~~

25. ~~Defendant Thomas P. Dely and Olde Discount Corporation, Cust. FBO Thomas P. Dely IRA, the sum of $210.00;~~

26. Defendant Dubois Chemicals Division of Chemed Corp., the sum of $21.00;

27. ~~Defendant John T. Ducker and Estate of Betty S. Ducker Discretionary Account, the sum of $595.00;~~

28. ~~Defendant Henry J. Edwartowski and Lucille Edwartowski, the sum of $14.00;~~

29. ~~Defendant Robert Earl Ellis, the sum of $21.00;~~

30. ~~Defendant Elyria Anesthesia Services Inc. Pension Plan and trustees thereof, the sum of $6,902.00;~~

31. ~~Defendant Helen H. Ereschevich, Custodian FBO Eric Eugene Needer UGMA OH, the sum of $357.00;~~

32. Defendant David E. Friend and Gloria E. Friend, the sum of $119.00;

33. Defendant Michael L. Galvin and Barbara G. Galvin, the sum of $21.00;

34. Defendant Rocco Gentile and Rose Gentile, the sum of $126.00;

35. Defendant Joseph E. Gilkey and State Street Bank & Trust, Custodian, FBO Joseph E. Gilkey IRA, the sum of $595.00;

36. Defendant Carolyn G. Gilley, the sum of $7.00;

3

37. Defendant Samuel R. Gomer and Cowen & Co., Custodian FBO Samuel R. Gomer IRA, the sum of $294.00;

38. ~~Defendant Mary D. Goodwin, Trustee FBO Sara C. Goodwin DTD 11-7-80, the sum of $1,197.00;~~

39. ~~Defendant Mary D. Goodwin, Trustee FBO Richard D. Goodwin DTD 11-07-80, the sum of $1,197.00;~~

40. Defendant Margaret C. Graham, the sum of $126.00;

41. ~~Defendant Thomas L. Griner and Janice E. Griner, the sum of $56.00;~~

42. Defendant Gary N. Harding, the sum of $56.00;

43. Defendant Craig Harmon and Robert Loggins, the sum of $294.00;

44. ~~Defendant Brian T. Hauck, the sum of $56.00;~~

45. Defendant Albert Heinz, the sum of $28.00;

46. Defendant Robert F. Hitzel and Coletta J. Hitzel, the sum of $1,799.00;

47. ~~Defendant Hobart Corporation World Headquarters, the sum of $84.00;~~

48. Defendant Karl Hsieh and Cathrine Lee, the sum of $21.00;

49. Defendant Richard D. Hudson, the sum of $63.00;

50. Defendant Dr. Philip C. Hughes, the sum of $1,169.00;

51. ~~Defendant Geraldine Isaacs, the sum of $896.00;~~

52. ~~Defendant Julianne Isaac, the sum of $42.00;~~

53. ~~Defendant James C. Johnson, the sum of $119.00;~~

54. Defendant Lawrence Jones and Janet Jones, the sum of $7.00;

55. Defendant Gertrude M. Jones and Gregory J. Dana, the sum of $7.00;

4

56. Defendant Jury Verdict Research Inc. Profit Sharing Trust, and Trustees thereof, the sum of $3,752.00;

57. Defendant Michael Katovich, Custodian FBO Marine R. Katovich UGMA OH, the sum of $154.00;

58. ~~Defendant Bruce C. Kennedy and Julianne F. Kennedy, the sum of $1,120.00;~~

59. ~~Defendant Beverly K. Kerr and Jeffrey A. Kerr, the sum of $70.00;~~

60. Defendant Ruth L. Klien, the sum of $7.00;

61. Defendant Mary Louise Kniess, the sum of $14.00;

62. ~~Defendant Robert Fero Kohls and Mary Jean Kohls, the sum of $1,120.00;~~

63. Defendant Jerome Kohn, the sum of $3,003.00;

64. ~~Defendant John Kontos, the sum of $56.00;~~

65. ~~Defendant Reinhold Kubach, the sum of $1,498.00;~~

66. ~~Defendant Kuhns Investment Co, the sum of $1,498.00;~~

67. Defendant William G. Kulstad, the sum of $21.00;

68. Defendant Bonnie G. Langdon and Delaware Charter Guarantee, Trustee FBO Bonnie G. Langdon TR, the sum of $7.00;

69. Defendant Betty L. Lansberry, the sum of $63.00;

70. ~~Defendant Martha Jane Lemasters and Davis Lemasters, the sum of $175.00;~~

71. Defendant Larry R. Liedel, the sum of $336.00;

72. ~~Defendant Donna P. Lucas and Raymond E. Lucas, the sum of $7.00;~~

73. ~~Defendant Paul J. Mulcahy, the sum of $56.00;~~

74. Defendant Samuel S. Manson FBO Samuel S. Manson, the sum of $56.00;

5

75. ~~Defendant Mayfield Neurological Institute Profit Sharing Plan, and PNC Bank, Trustee, the sum of $32,431.00;~~

76. ~~Defendant Gene Mayl and Sharon Mayl, the sum of $14.00;~~

77. ~~Defendant Diana McClurg, the sum of $317.00;~~

78. Defendant Harry M. McHugh, the sum of $175.00;

79. ~~Defendant Harold L. McKinnie and Gloria L. McKinnie, the sum of $77.00;~~

80. ~~Defendant William N. Mendell and Ruth S. Mendell, the sum of $1,260.00;~~

81. Defendant William A. Messerly and Wilda M. Messerly, the sum of $1,022.00;

82. ~~Defendant Alfred C. Miller, the sum of $1,498.00;~~

83. ~~Defendant Dale L. Mitchell, Jr., the sum of $7.00;~~

84. ~~Defendant Sam Mollett, the sum of $6,036.00;~~

85. ~~Defendant Eileen M. Moody, Custodian FBO Rhonda E. Moody UGMA OH, the sum of $77.00;~~

86. ~~Defendant Karen Morschi, the sum of $25.00;~~

87. Defendant Anita Delores Morrissey and Bridget T. Morrissey Unif. Gift Min. Act OH, the sum of $896.00;

88. ~~Defendant John M. Mount, Trustee, Edson H. Mount Trust DTD 7/11/84, the sum of $4,690.00;~~

89. Defendant Alexandra Mueller, the sum of $378.00;

90. ~~Defendant Kevin Must, the sum of $595.00;~~

91. Defendant Kraig E. Noble and Christine W. Noble, the sum of $84.00;

92. Defendant Albert L. Noonan, the sum of $147.00;

93. ~~Defendant Anthony J. Nunnari, the sum of $204.00;~~

94. ~~Defendant Ervin J. Nutter, the sum of $3,906.00;~~

95. ~~Defendant Ronald F. Oldiges, the sum of $1,498.00;~~

96. ~~Defendant Richard S. Orley, the sum of $14.00;~~

97. ~~Defendant Tony N. Orlich and Janet W. Orlich, the sum of $7.00;~~

98. Defendant Orthopedic Reconstructive Surgery Defined Benefit Plan or Trust and Trustee(s) thereof, the sum of $1,876.00;

99. Defendant Orthopedic Reconstructive Sugery Inc. Profit Shr. Plan & Tr. U/A DTD 11/6/81 and Trustee(s) thereof, the sum of $2,730.00;

100. Defendant Orthopedic Reconstructive Surgery Inc. Defined Benefit Pension Plan DTD 4/1/83 and trustee(s) thereof, the sum of $777.00;

101. ~~Defendant Osborne Coinage, the sum of $378.00;~~

102. Defendant Richard J. Ott, the sum of $3,003.00;

103. ~~Defendant Clyde R. Parks, the sum of $668.00;~~

104. Defendant Richard Planton, the sum of $14.00;

105. Defendant Erna H. Pretzlav, the sum of $1,561.00;

106. Defendant James Raimar and Pauline Raimar, the sum of $21.00;

107. ~~Defendant Burlyn P. Rector, the sum of $595.00;~~

108. Defendant Doris A. Reynolds, Custodian, Dianna Lynn Reynolds UGMA NY, the sum of $175.00;

109. Defendant Raymond R. Ritter and Dorothy M. Ritter, the sum of $77.00;

110. Defendant James F. Romer, M.D., FBO of James F. Romer IRA Rollover, the sum of

7

$1,197.00;

111. Defendant James F. Romer, the sum of $1,498.00;

112. ~~Defendant Ralph C. Rosenfeld, the sum of $126.00;~~

113. Defendant Leo Rossenbeck, the sum of $1,498.00;

114. Defendant Rabbi Milton Rube and State Street Bank, Custodian FBO Milton Rube IRA, the sum of $1,953.00;

115. Defendant Rabbi Milton Rube and Joel Rube, the sum of $294.00;

116. Defendant G. Stanford Schneider, the sum of $7.00;

117. Defendant George Schumacker, Trustee for Doris P. Schumacker Trust DTD 2/12/73, the sum of $1,169.00;

118. Defendant F. Ralph Schuricht, the sum of $7.00;

119. Defendant Roy R. Schwinn, the sum of $42.00;

120. ~~Defendant Peter L. Sciamanna, the sum of $7.00;~~

121. Defendant Erwin Segall and Bessie Segall, the sum of $14.00;

122. Defendant Douglas R. Shipp, the sum of $28.00;

123. ~~Defendant Albert L. Shugart, the sum of $84.00;~~

124. ~~Defendant Carol L. Shugart, the sum of $7.00;~~

125. Defendant Hugh B. Smith and Jean Smith, the sum of $84.00;

126. Defendant Aimee B. Snyder, the sum of $385.00;

127. Defendant Richard Stacy, the sum of $35.00;

128. ~~Defendant James D. Stein and Valerie L. Stein, the sum of $56.00;~~

129. Defendant Manfred Stiller, the sum of $168.00;

8

130. Defendant Norman P. Strathman, the sum of $252.00;

131. ~~Defendant Charles Thomas and Jewell B. Thomas, the sum of $742.00;~~

132. ~~Defendant Ron Thompson, the sum of $7.00;~~

133. ~~Defendant Janet Tobe FBO of Janet Tobe IRA, the sum of $595.00;~~

134. ~~Defendant Janet Tobe and State Street Bank & Trust, Custodian, Janet Tobe IRA, the sum of $595.00;~~

135. Defendant Irving J. Ullman Profit Sharing Plan and trustees thereof, the sum of $749.00;

136. Defendant Updike Electric Inc., the sum of $119.00;

137. Defendant Henry Joe Walker and Connie Walker, the sum of $6,006.00;

138. ~~Defendant Thomas Walsh, Custodian FBO Loren Marie Walsh UGMA-OH, the sum of $280.00;~~

139. ~~Defendant Richard G. Wendel, the sum of $595.00;~~

140. Defendant Max D. Winans, the sum of $749.00;

141. Defendant John H. Wright and Charles Schwab & Co., Inc., Custodian FBO John H. Wright IRA, the sum of $35.00;

142. Defendant Terry B. Young, the sum of $7.00;

143. Defendant Stephanie M. Zimmerman Ind Ret Acct., Cowen & Trust Co., Custodian, the sum of $294.00.

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.285 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 28 day of September, 1999.

_____
Walker D. Miller, United States District Court Judge

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 1999

JAMES R. MANSPEAKER
                    CLERK

10