# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, et al., | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 68

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 68, originally entered by the Court on November 7, 2003, is hereby revived effective March 22, 2007, to the extent described herein.

Doc# 2307585\1

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 68, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-WM-2581
Adversary Proceeding No. 94-1370-PAC

| | |
|---|---|
| INTEGRA REALTY RESOURCES, INC., and | Bankruptcy No. 92-18853-DEC |
| INTEGRA-A HOTEL AND RESTAURANT COMPANY, Tax ID No. 48-0764252 and | Bankruptcy No. 92-18854-PAC |
| BHC OF DENVER, INC., Tax ID No. 74-27914828, | Bankruptcy No. 92-18855-CEM |
| Debtors. | Jointly Administered Under Case No. 92-18853-DEC |

JEFFREY A. WEINMAN, as Trustee
for the Integra Unsecured Creditors' Trust,

 Plaintiff,

v.

FIDELITY CAPITAL APPRECIATION FUND,
et al.,

 Defendants.

---

### FINAL JUDGMENT NO. 68

---

Pursuant to my order granting plaintiff's motion for entries of judgment, issued November 5, 2003, and the Order Approving Class Settlement With Right to Opt Out, entered July 7, 1999, and all procedures required thereby having been satisfied, it is

ORDERED that the plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each defendant below, individually:

~~Vincent Benincasa, f/b/o Vincent Benincasa IRA~~   ~~$203.50~~

~~Binders Big Men's Store, Inc. and~~   ~~$8,100.00~~
~~Racquel-Division of Binder's Big Men's~~

| | |
|---|---|
| ~~Julius D. Binder, Trustee~~ | ~~$9,651.00~~ |
| ~~in Suc. Trust under Revised Agreement dated 10/5/82~~ | |
| Robert E. Domine | $1,173.00 |
| Maurice Gandler | $1,608.00 |
| Joseph E. Kos and Amy L. Davis | $3,432.00 |
| Benjamin B. Wong | $257.00 |
| Grace C. Wong | $2,244.00 |
| Ben Wong, Jr. | $150.00 |

Plaintiff may recover interest at the legal rate pursuant to 28 U.S.C. § 1961.

This order is entered as a separate, final judgment pursuant to Fed. R. Civ. P. 54(b) upon the court's express finding that there is no just reason for delay in the entry of this judgment.

DATED at Denver, Colorado, this 6 day of November, 2003.

BY THE COURT:

Walker D. Miller
United States District Judge

2