# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 67

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 67, originally entered by the Court on September 23, 2003, is hereby revived effective March 22, 2007, to the extent described herein.

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 67, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

SEP 2 5 2003

SEP 2 2 2003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

| | |
|---|---|
| Civil Action No. 94-WM-2581 (BNB) | |
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors= Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT NO. 67

Pursuant to and in accordance with the Court's Order granting Plaintiff's Motion for Entries of Default Judgment, entered from the bench on September 12, 2003, and the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

Doc# 1804734\1

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendants below, individually:

1. Defendant ARC International Corporation, the sum of $45,612.00;
2. Defendant James J. Bader, the sum of $21,441.00;
3. Defendants Wayne K. Bakke and Florence G. Bakke, the sum of $147.00;
4. Defendants James R. Bothwell and Olga Bothwell, the sum of $11,109;
5. Defendants Irving Charnowitz and Rita Charnowitz, the sum of $896.00;
6. ~~Defendant James Coleman, the sum of $175.00;~~
7. ~~Defendants Raymond H. Davis and Wanda F. Davis, the sum of $4,347.00;~~
8. ~~Defendant Raymond H. Davis f/b/o Raymond H. Davis SEP IRA, the sum of $4,501.00;~~
9. ~~Defendants Gerald H. Dicker and Mariette R. Dicker, the sum of $21.00;~~
10. Defendant Dorothy Coe Foster, the sum of $357.00;
11. Defendants Garry L. Gebben and Sharon Gebben, the sum of $777.00;
12. Defendant Ronald Goldberg, the sum of $56.00;
13. Defendant Larry Greenes, the sum of $896.00;
14. Defendants Kenneth R. Greteman and Judith A. Greteman, the sum of $1,197.00;
15. Defendants Harold L. Hays and S. Yvonne Hays, the sum of $322.00;
16. ~~Defendants John J. Heller and Mary Jane Heller, the sum of $2,975.00;~~
17. Defendant William M. Hunnicutt, the sum of $5,103.00;
18. Defendant William S. Karn, the sum of $1,260.00;
19. Defendant David Kelton, the sum of $196.00;

2

20. Defendant Robert Alan Krotts, the sum of $658.00;

21. Defendant Oscar Lindemann, the sum of $7,000.00;

22. Defendant Peter Lindemann, the sum of $896.00;

23. Defendant Dixie Merrett, the sum of $105.00;

24. ~~Defendant Rowley L. Milstead, Jr., the sum of $70.00;~~

25. Defendant New Tech Roofing Profit Sharing Plan, the sum of $749.00;

26. ~~Defendants Frank A. Pakiz and Rosaline M. Pakiz, the sum of $1,630.00;~~

27. Defendant Carl M. Pearson, the sum of $371.00;

28. Defendants Dr. John C. Reifenberger and Eileen E. Reifenberger, the sum of $4,501.00;

29. ~~Defendant Topeka Transfer & Storage Inc., the sum of $1,260.00;~~

30. Defendant Milton J. Weinstein, the sum of $2,100.00;

31. ~~Defendant Alice K. Woodward, the sum of $714.00; and~~

32. ~~Defendant George W. Wyatt, the sum of $8,540.00.~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 1.22 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 19th day of September 2003.

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Sept 23, 2003

GREGORY C. LANGHAM
CLERK

Walker D. Miller, United States District Court Judge

Doc# 1804734\1

3