IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 66

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 66, originally entered by the Court on December 11, 2001, is hereby revived effective March 22, 2007, to the extent described herein.

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 66, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 11 2000
JAMES R. MANSPEAKER

Civil Action No. 94-WM-2581

Adversary Proceeding No. 94-1370-PAC

| | |
|---|---|
| INTEGRA REALTY RESOURCES, INC., and | Bankruptcy No. 92-18853-DEC |
| INTEGRA-A HOTEL AND RESTAURANT COMPANY, Tax ID No. 48-0764252 and | Bankruptcy No. 92-18854-PAC |
| BHC OF DENVER, INC., Tax ID No. 74-27914828, | Bankruptcy No. 92-18855-CEM |
| Debtors. | Jointly Administered Under Case No. 92-18853-DEC |

JEFFREY A. WEINMAN, as Trustee
for the Integra Unsecured Creditors' Trust,

      Plaintiff,

v.

FIDELITY CAPITAL APPRECIATION FUND,
et al.,

      Defendants.

---

## ORDER OF JUDGMENT ON THE PLEADINGS

Miller, J.

    *This matter is before me on the motion for judgment on the pleadings filed by* plaintiff on May 24, 2000. The motion is unopposed and will be granted.

    In the May 24, 2000 motion, plaintiff requests judgment against defendant First Manhattan Co. in the amount of $2,702. Plaintiff argues that First Manhattan waived its individual defense that the majority of its 429 ShowBiz shares were distributed to the "actual beneficial owner" because it did not raise this defense, as required, within thirty

days of receipt of the Notice of Certification of Defendant Class Action and Rights of Class Members, served in June 1995. First Manhattan raised the defense for the first time after the entry of the Class Settlement Order in 1999.

First Manhattan, by its lack of response to the motion for judgment on the pleadings, concedes plaintiff's right to the requested judgment.

Accordingly, it is ordered:

1. Plaintiff's motion for judgment on the pleadings, filed May 24, 2000, is granted.

2. Judgment shall enter in favor of plaintiff and against defendants First Manhattan Co. in the amount of $2,702.00.

DATED at Denver, Colorado, this 8th day of December, 2000.

BY THE COURT:

Walker D. Miller
United States District Judge

2,7000