# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 65

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 65, originally entered by the Court on April 26, 2001, is hereby revived effective March 22, 2007, to the extent described herein.

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to

Doc# 2307582\1

those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 65, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2001

JAMES R. MANSPEAKER
CLERK

BY_____ DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-WM-2581
In re:

INTEGRA REALTY RESOURCES, INC.,
and
INTEGRA - A HOTEL AND RESTAURANT COMPANY
Tax I.D. No. 48-0764252
and
BHC OF DENVER, INC.,
Tax I.D. No. 74-27914828

    Debtors.

Jeffrey A. Weinman, as Trustee
for the Integra Unsecured Creditors' Trust,

    Plaintiff,

v.

Fidelity Capital Appreciation Fund, et al.,

    Defendants.

) Adversary Proceeding No. 94-1370-MSK
) Chapter 11
) Case No. 92-18853-DEC
)
) Case No. 92-18854-PAC
)
)
)
) Case No. 92-18855-CEM
)
) Jointly Administered under
) Case No. 92-18853-DEC

---

### FINAL JUDGMENT NO. 65

---

Pursuant to and in accordance with the Order of Judgment on Pleadings granting Plaintiff's Motion for Judgment on the Pleadings (Individual Defense Defendants), entered January 3, 2001, and the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

1

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1. Defendants Fredric J. Forbes and Patricia J. Forbes, the sum of $931.00;

2. ~~Defendant Harriet E. Sneen, the sum of $395.00;~~

3. ~~Defendants Marcia D. Vis and Robert W. Vis, the sum of $63.00.~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 6.052 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 24th day of April, 2001.

_____
Walker D. Miller, United States District Court Judge

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that [illegible] copy of an [illegible] on file

[illegible] SEAL of said

By [signatures]
Deputy

2