# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 64

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 64, originally entered by the Court on October 30, 2000, is hereby revived effective March 22, 2007, to the extent described herein.

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 64, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007.

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

Doc# 230758I\1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

OCT 3 0 2000

Civil Action No. 94-WM-2581

JAMES R. MANSPEAKER

Adversary Proceeding No. 94-1370-PAC

| | |
|---|---|
| INTEGRA REALTY RESOURCES, INC., and | Bankruptcy No. 92-18853-DEC |
| INTEGRA-A HOTEL AND RESTAURANT COMPANY, Tax ID No. 48-0764252 and | Bankruptcy No. 92-18854-PAC |
| BHC OF DENVER, INC., Tax ID No. 74-27914828, | Bankruptcy No. 92-18855-CEM |
| Debtors. | Jointly Administered Under Case No. 92-18853-DEC |

JEFFREY A. WEINMAN, as Trustee
for the Integra Unsecured Creditors' Trust,

    Plaintiff,

v.

FIDELITY CAPITAL APPRECIATION FUND,
et al.,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order entered on October 27, 2000, by Judge Walker Miller, which is incorporated herein by reference as if fully set forth, it is

ORDERED that the recommendation issued by Magistrate Judge Boyd N. Boland, September 29, 2000 is accepted. It is

FURTHER ORDERED that plaintiff's motion for judgment on the pleadings (share/price defendants) filed April 21, 2000 is granted. It is

Page Two
94-WM-2581
Judgment

FURTHER ORDERED that judgment shall enter in favor of plaintiff and against the share/price defendants in the following amounts:

| Defendant | Amount |
|---|---|
| ~~Bank Incinger de Beaufert, NV~~ | ~~$167,342.00~~ |
| Newton H. Borgerson, Jr. | 1,064.63 |
| Betty J. and Ernest R. Branson | 196.00 |
| ~~Anthony J. Bravo, Sr.~~ | ~~1,854.00~~ |
| ~~Eric W. and Wilma L. Harden~~ | ~~4,108.75~~ |
| Hollis D. Segur, Inc., Profit Sharing Plan | 3,348.00 |
| Robert Lancaster | 1,053.37 |
| William R. Mallory | 1,341.00 |
| Geoffrey T. Mann, Trustee FBO Geoffrey J. Mann Rev. Trust U/A dtd 1/10/81, and Geoffrey J. Mann, Trustee FBO US Jan 10 81 | 1,118.96 |
| ~~Sandra D. and W. Rodger Preve~~ | ~~541.87~~ |
| Paul E. Smith | 3,003.00 |
| Jerry and Mildred Vajnar | 42.00 |

DATED at Denver, Colorado, this 30th day of October, 2000.

FOR THE COURT:

JAMES R. MANSPEAKER, CLERK

By: /s/ Stephen P. Ehrlich
Stephen P. Ehrlich
Chief Deputy Clerk

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2000

JAMES R. MANSPEAKER
CLERK