# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | )     Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT COMPANY | ) Case No. 92-18854-PAC |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust, | ) |
| Plaintiff, | ) |
| v. | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 58

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 58, originally entered by the Court on November 19, 1999, is hereby revived effective March 22, 2007, to the extent described herein.

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 58, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

Doc# 2307579\1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

1999 NOV 19 PM

JAMES R. HANSPEAKER
CLERK

Civil Action No. 94-WM-2581

BY_____DEP. CLK

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT NO. 58

Pursuant to and in accordance with the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1. ~~Defendant M.C. Appelman, the sum of $2,598.00;~~
2. ~~Defendant Bemco Dynamisch Beheer (Mutual Fund), the sum of $74,424.00;~~
3. ~~Defendant I.E.M. Benninga, the sum of $2,549.00;~~
4. ~~Defendant Camo Beleggingen B.V., the sum of $18,914.00;~~
5. ~~Defendant The Clement Children, the sum of $896.00;~~
6. ~~Defendant D.B.H. Cohen, the sum of $2,002.00;~~
7. ~~Defendant L. den Ouden, the sum of $2,871.00;~~
8. ~~Defendant H.M. Dorgelo, the sum of $11,022.00;~~
9. ~~Defendant Dr. D.W. Hoonakker, the sum of $896.00;~~
10. Defendant J.H.O. Insinger, the sum of $15,015.00;
11. Defendant Dr. A.G. Jacobs, the sum of $15,015.00;
12. ~~Defendant L. Langenberg, the sum of $2,598.00;~~
13. Defendant W.F. Molenkamp, the sum of $749.00;
14. ~~Defendant Dr. W.G. o'Jacob and H. o'Jacob, the sum of $6,300.00;~~
15. Defendant G.F. Scheltema B.V., the sum of $22,519.00;
16. ~~Defendant E.J. Schonebaum, the sum of $19,186.00;~~
17. ~~Defendant A.R. Shalit, Trustee, the sum of $52,549.00;~~
18. ~~Defendant E. Steenhuisen, the sum of $2,899.00;~~
19. ~~Defendant J.G. Ruigrok Stichting, the sum of $13,209.00;~~
20. ~~Defendant W. Stritter, the sum of $5,706.00;~~
21. ~~Defendant Togo Finance & Investment B.V., the sum of $7,202.00;~~
22. ~~Defendant Mr. and Mrs. J. van Katwijk, the sum of $1,197.00;~~

2

23. ~~Defendant H.L.M. van Verschuer, the sum of $7,504.00;~~

24. ~~Defendant P.A. van Walre de Bordes, Esq., the sum of $896.00;~~

25. ~~Defendant M. van Weerelt, the sum of $3,899.00;~~

26. ~~Defendant W.H. Vermeer, the sum of $595.00;~~

27. ~~Defendant H. Vles, the sum of $3,899.00;~~

28. ~~Defendant E. Warendorf, the sum of $12,432.00;~~

29. ~~Defendant F.C.S. Warendorf, the sum of $11,022.00;~~

30. ~~Defendant H.C.S. Warendorf, the sum of $114,534.00;~~

31. ~~Defendant Dr. J.P.E. Sperna Weiland, the sum of $896.00;~~

32. ~~Defendant WIBEF (Mutual Fund), the sum of $03,914.00;~~

33. ~~Defendant C. Willems, the sum of $38,013.00;~~

34. ~~Defendant Dr. W.M. Willems, the sum of $10,682.00;~~

35. ~~Defendant J.F.J. Willems, the sum of $10,682.00;~~

36. ~~Defendant M.E. Willems, the sum of $67,806.00;~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.471 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 17th day of November, 1999.

Walker D. Miller, United States District Court Judge

NOV 19 1999

3