# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 56

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 56, originally entered by the Court on November 19, 1999, is hereby revived effective March 22, 2007, to the extent described herein.

Doc# 2307578.1

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 56, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

NOV 19 1999

JAMES R. MANSPEACH
CLERK

Civil Action No. 94-WM-2581

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT NO. 56

Pursuant to and in accordance with the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1. Defendant AAGC-ABN Amro Bank NV Tax Treaty Account 15/C, the sum of $28.00;

2. Defendant ABN Amro Bank N.V., the sum of $385.00;

3. Defendant ABN Amro Bank (Schweiz), the sum of $84.00;

4. Defendant Peter Andersson, the sum of $3,150.00;

5. Defendant Panos Argyrakis, the sum of $7.00;

6. Defendant Banc Agricol I Commercial D Andorra, the sum of $210.00;

8. Defendant Bank Der Bondspaarbanken NV, the sum of $56.00;

9. Defendant Bank Oppenheim Pierson Intl. SA, the sum of $10,507.00;

10. Defendant Bank SG Warburg Soditic AG, the sum of $15,015.00;

11. Defendant Calvary Management SA, the sum of $1,561.00;

12. ~~Defendant Simon Timothy Corah, the sum of $3,752.00;~~

13. Defendant Credit Suisse Basel, the sum of $28.00;

14. Defendant Credit Suisse Zurich, the sum of $84.00;

15. Defendant Maurizio Danon, the sum of $3,843.00;

16. Defendant Nava Danon, the sum of $1,876.00;

17. Defendant H. Albert De Bary & Co., the sum of $56.00;

18. Defendant Joseph Deckelbaum, the sum of $448.00;

19. Defendant William Dolan, the sum of $20,328.00;

20. ~~Defendant Electro Home, the sum of $105.00;~~

21. ~~Defendant Ferrier Lullin & CEI SA, the sum of $3,003.00;~~

22. ~~Defendant Fondefinans A S, the sum of $175.00;~~

23. Defendant Foreign Commerce Bank, the sum of $3,122.00;

2

24. Defendant Christa Gerland Gruner, the sum of $7.00;

25. ~~Defendant Dr. H.R. Gersman, the sum of $28.00;~~

26. Defendant Rubin Ginzburg, the sum of $84.00;

27. ~~Defendant Ingeborg K. Haering and Robert A. Haering, the sum of $21.00;~~

28. Defendant B. Horn and Charles Schwab & Co., Inc., Custodian FBO B. Horn IRA, the sum of $14.00;

29. Defendant David W. Horne, the sum of $70.00;

30. Defendant Infosys Pacific Limited, the sum of $14.00;

31. Defendant ING Bank Securities Services, the sum of $1,498.00;

32. ~~Defendant George P. Kaimakliotis, the sum of $294.00;~~

33. ~~Defendant KAS Associate NV, the sum of $22,820.00;~~

34. Defendant Henry Krenter Torre Alfa, the sum of $56.00;

35. Defendant Hung-Ting Ku and Tsuei-Ying S. Ku, the sum of $49.00;

36. Defendant Kow Cheong Lam and Irene K. Leong Lam, the sum of $14.00;

37. Defendant Levesque Beaubien Inc., the sum of $14.00;

38. ~~Defendant Maxmilien Litvine and Marcelle C. Bouchy Living Trust UA Mar 18-83, and trustee(s) thereof, the sum of $28.00;~~

39. Defendant Lloyds Bank PLC, the sum of $35.00;

40. Defendant Lynstead Trading, the sum of $45,045.00;

41. Defendant McDermid St. Lawrence Limited, the sum of $385.00;

42. Defendant William D. R. McLaren, the sum of $1,561.00;

43. Defendant Messpierson NV Amsterdam, the sum of $672.00;

3

44. Defendant Harry Milerke, the sum of $1,253.00;

45. Defendant Jean Pierson Miller, the sum of $1,638.00;

46. Defendant Anderson, Mori & Rabinowitz, the sum of $63.00;

47. Defendant Nesbitt Tompson Inc. Clearance Account, and trustee(s) thereof, the sum of $56.00;

48. Defendant Rebecca Owen, the sum of $1,876.00;

49. Defendant Konstandinos Papagiannis and Patricia Papagiannis, the sum of $1,400.00;

50. Defendant Pictet & Cie, the sum of $406.00;

51. ~~Defendant Janos Raposanyi, the sum of $1,624.00;~~

52. ~~Defendant Simon Rechter and Judith Rechter, the sum of $110.00;~~

53. Defendant Moritz Reller, the sum of $56.00;

54. Defendant Tam Duyser Schulte, the sum of $56.00;

55. Defendant Peter F. Scule BP 20, and Louise Nivet, the sum of $28.00;

56. Defendant R. J. Smit and Mrs. P. T. Smit, the sum of $14.00;

57. Defendant Richard Sniderman, the sum of $595.00;

58. Defendant St. Gallische Kantonal Bank, the sum of $252.00;

59. Defendant Ralf Stephan, the sum of $5,950.00;

60. ~~Defendant Elsie Sze and Charles Schwab & Co., Inc., Custodian FBO Elsie Sze IRA, the sum of $126.00;~~

61. Defendant Allen L. Tan, the sum of $7.00;

62. Defendant TITIBU SA, the sum of $3,752.00;

63. Defendant H.Y. Tsai, the sum of $84.00;

4

64. ~~Defendant Union Bank of Switzerland (Geneva), the sum of $2,618.00~~

65. ~~Defendant A. Hanninx-Van Bergenlaan, the sum of $35.00;~~

66. Defendant D.M. Van Gogswaardt and T.J.L. Van Gogswaardt, the sum of $1,785.00;

67. ~~Defendant F. Van Lanschot Bakiers NV, the sum of $357.00;~~

68. Defendant Hubert E. M. Van Weerelt, the sum of $175.00;

69. ~~Defendant Thomas O. Vreugdenhil, the sum of $56.00;~~

70. Defendant Raymond I. Wilcox and Peggy B. Wilcox, the sum of $28.00;

71. Defendant Gerald Wolman, the sum of $7.00;

72. Defendant Wood Gundy London Limited, the sum of $1,498.00;

73. Defendant Ruth L. Zavidow and Sandra D. Goldenberg, the sum of $35.00.

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.411 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 29th day of October, 1999.

Walker D. Miller, United States District Court Judge

UNITED STATES DISTRICT COURT

NOV 19 1999

JAMES R. M. NORTONKER

5