## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | )        Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | )        Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | )        Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | )        Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | )        Jointly Administered under |
| Debtors. | )         Case No. 92-18853-DEC |
| | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

---

## REVIVED FINAL JUDGMENT NO. 52

---

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22,

2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 52, originally entered by the

Court on November 18, 1999, is hereby revived effective March 22, 2007, to the extent described

herein.

Doc# 23075751

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 52, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23 day of May, 2007.

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WALKER D. MILLER**

E D
DISTRICT C

NOV 1 8 1999

JAMES R. MANSFELER
CLERK

Civil Action No. 94-WM-2581

|  |  |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
|  | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
|  | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
|  | ) |
|  | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## FINAL JUDGMENT NO. 52

Pursuant to and in accordance with the Order Approving Class Settlement With Right to Opt
Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required
thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the
Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1.   Defendant Betty J. Brown and Dean Witter Reynolds Inc., Custodian FBO Betty J. Brown
     IRA SEP DTD 1/31/84, the sum of $294.00;

2.   Defendant Gaines Brown and Dean Witter Reynolds Inc., Custodian FBO Gaines Brown IRA
     SEP DTD 1/31/94, the sum of $294.00;

3.   Defendant Waverly W. Carmazzi and Charles Schwab & Co., Inc., Custodian FBO Waverly
     W. Carmazzi IRA, the sum of $35.00;

4.   ~~Defendant Paul A. Hermann and Marie L. Hermann, the sum of $168.00;~~

5.   Defendant Neal A. Johnson and T. Rowe Price Trust Co., Custodian FBO Neal A. Johnson
     IRA, the sum of $56.00;

6.   Defendant Samuel L. Jones, Jr. and Jolene B. Jones, the sum of $252.00;

7.   Defendant Kenneth L. Kidwell, the sum of $476.00;

8.   ~~Defendant Laverne D. Lewis and Veda B. Lewis, the sum of $357.00;~~

9.   Defendant Nevada Power Co., the sum of $35.00;

10.  Defendant Robert E. Rice and Dean Witter Reynolds Inc., Custodian FBO Robert E. Rice
     VIP Profit Sharing Plan DTD 12/31/84, the sum of $14.00;

11.  Defendant Kimberly N. Shuster, the sum of $14.00;

12.  Defendant Heinrich Stiel and Anna M. Stiel, the sum of $595.00;

13.  Defendant Joan Goodman Zimmerman, the sum of $3,003.00.

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.411 per cent as provided by
law.

2

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal

Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and

therefore, this judgment shall be entered as a separate, final judgment.

DATED this _27_ day of October, 1999.

Walker D. Miller, United States District Court Judge

EUL
:ITED STAT'S   T
:N  S COl

NOV 1 : 194:

· M:: · M NSPEAKEF

3