IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**REVIVED FINAL JUDGMENT NO. 44**

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 44, originally entered by the Court on November 17, 1999, is hereby revived effective March 22, 2007, to the extent described herein.

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 44, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

FILED
UNITED STATES DISTRICT COURT
NOV 17 1999
JAMES R. MANSPEAKER
CLERK

Civil Action No. 94-WM-2581

In re:  ) Adversary Proceeding No. 94-1370-PAC
)   Chapter 11
INTEGRA REALTY RESOURCES, INC., ) Case No. 92-18853-DEC
and )
INTEGRA - A HOTEL AND RESTAURANT ) Case No. 92-18854-PAC
COMPANY )
Tax I.D. No. 48-0764252 )
and )
BHC OF DENVER, INC., ) Case No. 92-18855-CEM
Tax I.D. No. 74-27914828 )
) Jointly Administered under
Debtors. ) Case No. 92-18853-DEC
)
)
Jeffrey A. Weinman, as Trustee )
for the Integra Unsecured Creditors' Trust, )
)
Plaintiff, )
)
v. )
)
Fidelity Capital Appreciation Fund, *et al.*, )
)
Defendants. )

## FINAL JUDGMENT NO. 44

Pursuant to and in accordance with the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1. Defendant Mathew Amogbon, the sum of $147.00;

2. ~~Defendant Prince W. Armstrong and Jada Lea Armstrong UGMA LA, the sum of $14.00;~~

3. Defendant Daniel O. Bates, the sum of $7.00;

4. Defendant Joan Besing, the sum of $7.00;

5. Defendant Robbye L. Bills, FBO Robbye L. Bills IRA, the sum of $119.00;

6. Defendant Jerri-Denise Bubrig, the sum of $28.00;

7. Defendant Centenary College, the sum of $7.00;

8. ~~Defendant Central Louisiana Electric Co., Pineville, LA, the sum of $91.00;~~

9. ~~Defendant Central Louisiana Electric Co., Alexandria, LA, the sum of $28.00;~~

10. Defendant Chandlers Parts & Service, the sum of $14.00;

11. Defendant Thiravat Choojitarom, the sum of $77.00;

12. Defendant Elenora F. Christian, the sum of $70.00;

13. Defendant Charles John Connelly, the sum of $56.00;

14. Defendant Eugene Crockett, FBO Eugene Crockett, the sum of $273.00;

15. ~~Defendant Therese J. Davis, the sum of $378.00;~~

16. Defendant Wilfred R. Dehart, the sum of $28.00;

17. ~~Defendant Raymond Dubea and Sherry Dubea, the sum of $154.00;~~

18. Defendant Marguerite Dublan, the sum of $140.00;

19. Defendant Jimmy L. Ewing, FBO Jimmy L. Ewing, the sum of $175.00;

20. Defendant Sarah L. Ewing, the sum of $77.00;

21. ~~Defendant Hubert Froeba, the sum of $56.00;~~

22. Defendant Kathy F. Gill, the sum of $63.00;

23. Defendant Patricia Ann Gill, the sum of $63.00;

24. Defendant Martha K. Glasgow, the sum of $1,988.00;

25. ~~Defendant Christine Griffin, the sum of $63.00;~~

26. Defendant Sterling W. Guyton, the sum of $210.00;

27. ~~Defendant Edwin E. Holliday, the sum of $483.00;~~

28. Defendant Holsom Bakeries, the sum of $14.00;

29. Defendant Othel B. Humphries, the sum of $896.00;

30. Defendant Lewis Kilbourne, the sum of $49.00;

31. ~~Defendant James William Kittell, the sum of $14.00;~~

32. Defendant Elray J. Lapeyrcuse and Mary H. Lapeyrcuse, the sum of $56.00;

33. Defendant Lincoln Big Three, the sum of $7.00;

34. Defendant Tosanna L. Lopez, the sum of $28.00;

35. ~~Defendant Lloyd T. Lorio, the sum of $1,182.00;~~

36. Defendant Tong Louie and Tsung Wan Choy, the sum of $378.00;

37. Defendant Louisiana Power & Light, the sum of $14.00;

38. Defendant Louisiana Welding Supply, the sum of $14.00;

39. ~~Defendant Mrs. Floyd Lorio Monuet, the sum of $805.00;~~

40. Defendant Francis Morrisse, the sum of $350.00;

41. Defendant Francis Morrisse, the sum of $21.00;

42. ~~Defendant MSG Advertising Specialties, the sum of $182.00;~~

43. ~~Defendant William F. Neff, the sum of $91.00;~~

3

44. Defendant Thomas A Neumann, Trustee FBO Thomas A Neumann MD LTD Money Purchase Plan, the sum of $378.00;

45. Defendant Thomas A. Neumann, Custodian Amelia Kathryn Neumann UGMA LA, the sum of $175.00;

46. Defendant Thomas A. Neumann, Custodian Laura D. Neumann LA UGMA, the sum of $175.00;

47. Defendant Thomas A. Neumann, Custodian Meredith H. Neuman LA UGMA, the sum of $175.00;

48. Defendant Thomas A. Neumann, Custodian Hillary Jeanine Neumann LA UGMA, the sum of $175.00;

49. Defendant Thomas A. Neumann, Trustee FBO Neumann MD Ltd Money Purchase Trust UA Jan 1 78, the sum of $441.00;

50. Defendant Thomas A. Neumann, Trustee FBO Thomas A. Neumann MD Ltd Profit Sharing Trust UA JAN 1 78, the sum of $602.00;

51. Defendant Oil Service Mangement Inc., FBO Eugene E. Crockett, and trustee(s) thereof, the sum of $770.00;

52. Defendant Charles D. Reed, the sum of $56.00;

53. Defendant Reliance Electrical Service Inc., the sum of $42.00;

54. Defendant Gloria J. Sherwin, the sum of $42.00;

55. Defendant James C. Simpson, the sum of $21.00;

56. Defendant South Central Bell, the sum of $196.00;

57. Defendant Southern Electronics Inc., the sum of $7.00;

4

58. Defendant Barrie W. Spencer, the sum of $175.00;

59. Defendant Paul L. St. Raymond, FBO Paul L. St. Raymond, the sum of $371.00;

60. ~~Defendant Barbara B. Thompson and First NBC, Custodian FBO Barbara B. Thompson IRA, the sum of $56.00;~~

61. ~~Defendant Mark G. Thompson and First NBC, Custodian FBO Mark G. Thompson IRA, the sum of $56.00;~~

62. ~~Defendant Gerald M. Tonore, the sum of $252.00;~~

63. ~~Defendant Ed Trosch, the sum of $126.00;~~

64. Defendant Dolores H. Wilbanks, the sum of $7.00;

65. ~~Defendant James R. Wild, the sum of $35.00;~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.411 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 29th day of October, 1999.

_____
Walker D. Miller, United States District Court Judge

EOL
UNITED STATES DISTRICT COURT
DENVER COLORADO

NOV 17 1999

JAMES R. MANSPEAKER
CLERK

5