IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 39

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22, 2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 39, originally entered by the Court on November 15, 1999, is hereby revived effective March 22, 2007, to the extent described herein.

Doc# 230756\1

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 39, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE