## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WALKER D. MILLER

Civil Action No. 94-cv-02581-WDM-BNB

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | )                Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | )        Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | )        Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | )        Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) |
| | )        Jointly Administered under |
| Debtors. | )        Case No. 92-18853-DEC |
| | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REVIVED FINAL JUDGMENT NO. 16

THE COURT, having granted Plaintiff's Motion for Revival of Judgments on March 22,

2007 (Docket No. 1401), HEREBY ORDERS that Final Judgment No. 16, originally entered by the

Court on October 13, 1999, is hereby revived effective March 22, 2007, to the extent described

herein.

Doc# 23075361

This revival is limited to those Judgment Debtors and sums owed by them that have not been satisfied since the original Judgment's entry. Accordingly, the Court expressly limits this Revival to those Judgment Debtors and sums listed on the attached redacted Final Judgment No. 16, which excludes Judgment Debtors and sums that have been satisfied. The Court authorized such redactions by Order dated August 27, 2001 (Docket No. 983).

Post-judgment interest shall continue to accrue as set forth in the original Judgment, dating from the original Judgment's entry.

DATED at Denver, Colorado, this 23rd day of May, 2007

BY THE COURT:

s/ Walker D. Miller

UNITED STATES DISTRICT JUDGE

2

Doc# 2307536\1

FILED
UNITED STATES DISTRICT COURT
DENVEF COLOR.DO

OCT 13 1999

JAMES R. MANSPEAKER
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 94-WM-2581

| | |
|---|---|
| In re: | ) Adversary Proceeding No. 94-1370-PAC |
| | ) Chapter 11 |
| INTEGRA REALTY RESOURCES, INC., | ) Case No. 92-18853-DEC |
| and | ) |
| INTEGRA - A HOTEL AND RESTAURANT | ) Case No. 92-18854-PAC |
| COMPANY | ) |
| Tax I.D. No. 48-0764252 | ) |
| and | ) |
| BHC OF DENVER, INC., | ) Case No. 92-18855-CEM |
| Tax I.D. No. 74-27914828 | ) |
| | ) Jointly Administered under |
| Debtors. | ) Case No. 92-18853-DEC |
| | ) |
| | ) |
| Jeffrey A. Weinman, as Trustee | ) |
| for the Integra Unsecured Creditors' Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fidelity Capital Appreciation Fund, et al., | ) |
| | ) |
| Defendants. | ) |

---

## FINAL JUDGMENT NO. 16

---

Pursuant to and in accordance with the Order Approving Class Settlement with Right to Opt

Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required

thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the

Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1.      ~~Defendant Mark Evan Arbesfeld and Charles Schwab & Co., Inc., Custodian FBO Mark E.~~
        ~~Arbesfeld IRA, the sum of $7.00;~~

2.      Defendant David P. Bebout and Jacqeuline A. Bebout, the sum of $133.00;

3.      Defendant William E. Benis and Beverly Ann Benis, the sum of $217.00;

4.      Defendant Matthew I. Berg, the sum of $294.00;

5.      Defendant Levin Bernard and Olde Discount Corporation, Custodian FBO Levin Bernard
        IRA, the sum of $840.00;

6.      Defendant Wilbert A. Bothe, the sum of $28.00;

7.      ~~Defendant Jo Ann E. Bova, the sum of $21.00;~~

8.      Defendant Joseph F. Bresadola and Charles Schwab & Co., Inc., Custodian FBO Joseph F
        Bresadola IRA, the sum of $84.00;

9.      ~~Defendant Charles M. Breznicky and Linda M. Breznicky, the sum of $7.00;~~

10.     Defendant Arthur W. Cervi, the sum of $896.00;

11.     ~~Defendant Robert Channigian and Anne Channigian, the sum of $56.00;~~

12.     Defendant William J. Chesna and William T. Chesna, the sum of $84.00;

13.     Defendant Koo Heung Chung and Charles Schwab & Co., Inc., Custodian FBO Koo Heung
        Chung IRA, the sum of $126.00;

14.     ~~Defendant Columbia Gas of PA Inc., the sum of $21.00;~~

15.     Defendant Roland O. Comini, Custodian, Martin O. Comini UGMA, the sum of $861.00;

16.     ~~Defendant Concept Forms Inc. Pension Plan 12/21/83, and trustee(s) thereof, the sum of~~
        ~~$9,203.00;~~

2

17. Defendant Diane L. Cribbs and Prudential Securities, Custodian for Dianne L. Cribbs IRA dtd 4/29/86, the sum of $14.00;

18. Defendant J.R. Cribbs and Prudential Securities, Custodian, J.R. Cribbs IRA Rollover dtd 6/7/85, the sum of $35.00;

19. Defendant Stephen Culina and Margaret Arbutus, the sum of $1,463.00;

20. Defendant Dauphin Deposit Bank and Trust Company, Custody Trust Operations Department, the sum of $56.00;

21. ~~Defendant David J. Delmoore and Virginia M. Delmoore, the sum of $84.00;~~

22. ~~Defendant Bernard J. Demko, Sr., the sum of $56.00;~~

23. Defendant Kunju R. Desai, the sum of $1,575.00;

24. Defendant Andrew J. Dombrowski and Jane M. Dombrowski, the sum of $21.00;

25. Defendant Ronald D. Dorris and Elizabeth T. Dorris, the sum of $14.00;

26. ~~Defendant Darrell M. Eichorn and Lucille M. Eichorn, the sum of $84.00;~~

27. ~~Defendant Peter D. Eopy, the sum of $2,401.00;~~

28. Defendant Paul Eusner, Executor Estate of George Eusner, the sum of $1,498.00;

29. Defendant Lillian C. Farber, the sum of $35.00;

30. ~~Defendant Herbert Foyer, the sum of $329.00;~~

31. Defendant Edward Federoff and Helen Federoff, the sum of $455.00;

32. Defendant Filomena Ferraro, the sum of $175.00;

33. ~~Defendant David Glantz, the sum of $49.00;~~

34. ~~Defendant Mary Ann Glantz, the sum of $38.00;~~

35. ~~Defendant Clara Goldstein, the sum of $126.00;~~

3

36.     ~~Defendant Sadie Gordon, the sum of $56.00;~~

37.     ~~Defendant Morris Greenberg and Denah Greenberg, the sum of $294.00;~~

38.     Defendant William H. Hackenberg and Marion A. Hackenberg, the sum of $14.00;

39.     Defendant Mary G. Haines and George H. Haines, the sum of $441.00;

40.     Defendant Anna P. Harris, the sum of $126.00;

41.     ~~Defendant Raymond R. Hasara and Anna G. Hasara, the sum of $42.00;~~

42.     Defendant Fred J. Hellberg and Margaret G. Hellberg, the sum of $154.00;

43.     ~~Defendant Walter H. Hemm and Marguerite Hemm, the sum of $294.00;~~

44.     Defendant Edward Herling and JoAnn Herling, the sum of $84.00;

45.     Defendant Martin C. Hickey, the sum of $203.00;

46.     Defendant Daniel D. Honaberger and Jean R. Honaberger, the sum of $294.00;

47.     ~~Defendant Alvah C. Horne and Donna M. Horne, the sum of $294.00;~~

48.     ~~Defendant IA Public Employee Retirement Systems - Small Stock Assets, and trustee(s) thereof, the sum of $13,717.00;~~

49.     ~~Defendant Elmer D. Iiams and Rose Marie Iiams, the sum of $35.00;~~

50.     ~~Defendant Carol Jacobs, the sum of $14.00;~~

51.     Defendant Shirley E. Johnson, the sum of $7.00;

52.     ~~Defendant John A. Justin, the sum of $14.00;~~

53.     ~~Defendant Philip C. Kaminski and Mary Ellen Kaminski, the sum of $106.00;~~

54.     ~~Defendant William M. Kane, the sum of $1,057.00;~~

55.     ~~Defendant Kapp Advertising Service, the sum of $7.00;~~

4

56. ~~Defendant Judith W. Kates, FBO Paul Alan Kates Trust TR UA Oct. 19 73, the sum of $367.00;~~

57. Defendant Charles R. Kibler and Honi R. Kibler, the sum of $56.00;

58. ~~Defendant Harry A. Kiefer, Jr., the sum of $49.00;~~

59. Defendant Paul D. Kister, the sum of $84.00;

60. Defendant Paul D. Kister and Kathryn D. Kister, the sum of $70.00;

61. Defendant Benjamin C. Knapp and Alma L. Knapp, the sum of $42.00;

62. Defendant Leonard Koltiska, the sum of $119.00;

63. ~~Defendant Andrew Kotz, the sum of $70.00;~~

64. ~~Defendant Krouer Korhammer Plans Employee Benefit Plan and trustee(s) thereof, the sum of $16,212.00;~~

65. ~~Defendant Deborah Kruh, the sum of $14.00;~~

66. Defendant Helmut Laenger and Ingrid Laenger, the sum of $252.00;

67. Defendant Lancaster Plumbing & Heating, the sum of $77.00;

68. ~~Defendant Gregory R. Lewis and Charles Schwab & Co., Inc., Custodian FBO Gregory R. Lewis IRA, the sum of $14.00;~~

69. Defendant Giselda S. Lucci and Norma Jean Petrosillo, the sum of $245.00;

70. ~~Defendant J. Edward Ludes, the sum of $294.00;~~

71. Defendant Regina A. Lynch, the sum of $42.00;

72. ~~Defendant William J. Mancini, the sum of $28.00;~~

73. Defendant David Marcus and Aileen Marcus, the sum of $238.00;

74. ~~Defendant Sudhir Morfatia and Usha Morfatia, the sum of $126.00;~~

75.   Defendant Jack Martin and Loretta Martin, the sum of $42.00;

76.   ~~Defendant Richard J. Matchett and Dorothy Matchett, the sum of $14.00;~~

77.   ~~Defendant William Z. May and Nancy May, the sum of $21.00;~~

78.   Defendant Wilhelmina McDaniel and Charles Schwab & Co., Inc., Custodian FBO
      Wilhelmina McDaniel IRA, the sum of $7.00;

79.   ~~Defendant Joseph R. McFerron and Dorothy L. McFerron, the sum of $84.00;~~

80.   ~~Defendant Lynnea L. McFerron, the sum of $7.00;~~

81.   Defendant McKnight Family Centres, the sum of $182.00;

82.   Defendant Nancy K. McNamara, the sum of $28.00;

83.   Defendant Marshall Merrill and Marjorie Merrill, the sum of $56.00;

84.   ~~Defendant Robert W. Metz and Dean Witter Reynolds Inc., Custodian FBO Robert W. Metz
      IRA dtd 2/20/84, the sum of $14.00;~~

85.   ~~Defendant Lorraine Miller, the sum of $182.00;~~

86.   ~~Defendant Jeanne E. Miller and Charles Schwab & Co., Inc., Custodian FBO Jeanne E.
      Miller IRA, the sum of $84.00;~~

87.   Defendant Joseph A. Milone, the sum of $28.00;

88.   Defendant Michael Milone and Kimberly Milone, the sum of $14.00;

89.   ~~Defendant Donald F. Moore and Ouida O. Moore, the sum of $1,197.00;~~

90.   Defendant Ethel Morrison and Patricia Moore, the sum of $42.00;

91.   ~~Defendant Glen Mulvaney, the sum of $21.00;~~

92.   ~~Defendant Robert Murray and Ruth S. Murray, the sum of $7.00;~~

93.   Defendant W. H. Newbolds Son & Co., the sum of $56.00;

94.     Defendant North Mall Associates, the sum of $392.00;

95.     ~~Defendant Ihor John Nyszczot and Delaware Charter Guarantee & Trust Co., Trustee FBO Ihor John Nyszczot IRA UAD 4/3/86, the sum of $1,092.00;~~

96.     Defendant Frank Passerin and Ivy Patricia Passerin, the sum of $630.00;

97.     Defendant Frances B. Pearson and Robert D. Pearson, the sum of $168.00;

98.     Defendant Hilda M. Peck, the sum of $21.00;

99.     Defendant Pennsylvania Public School Employment Retirement Board, and trustee(s) thereof, c/o Mellon Bank N.A., the sum of $882.00;

100.    Defendant Norman Perlberger and Messody T. Perlberger, the sum of $84.00;

101.    Defendant Philmar Realty, the sum of $2,191.00;

102.    Defendant James W. Philpot and Prudential Securities, Custodian James W. Philpot IRA Transfer dtd 1/27/7, the sum of $7.00;

103.    Defendant Virginia F. Pierce, the sum of $7.00;

104.    ~~Defendant John W. Pignetti Employee Pension Plan & Trust, and trustee(s) thereof, the sum of $56.00;~~

105.    ~~Defendant John W. Pignetti Employee Profit Sharing Plan and Trust, and trustee(s) thereof, the sum of $56.00;~~

106.    Defendant Ignatius J. Pitz, Jr., the sum of $294.00;

107.    ~~Defendant Frank Rapaduski and Charlotte Rapaduski, the sum of $7.00;~~

108.    ~~Defendant Alexander Reneski and Diane Lynn Reneski, the sum of $175.00;~~

109.    ~~Defendant Alexander Reneski and Dean Witter Reynolds Inc., Custodian FBO Alexander Reneski IRA Rollover DTD 3/8/02, the sum of $7.00;~~

7

110.   Defendant Aphonso V. Rossi and Dorothy A. Rossi, the sum of $357.00;

111.   Defendant Lionel Rothberg and Rita Rothberg, the sum of $91.00;

112.   Defendant James A. Rudolf, the sum of $1,869.00;

113.   Defendant Livio J. Ruggieri, the sum of $784.00;

114.   ~~Defendant Max M. Saleburg and Roslyn Saleburg, the sum of $14.00;~~

115.   ~~Defendant Sylvia F. Savoy, the sum of $7.00;~~

116.   ~~Defendant Bernard H. Schotz, the sum of $84.00;~~

117.   ~~Defendant Harold F. Scott and Eleanor L. Scott, the sum of $2,016.00;~~

118.   Defendant Raymond P. Sefscik, the sum of $28.00;

119.   Defendant Adam A. Skopek and Mark A. Skopek, the sum of $14.00;

120.   ~~Defendant Kenneth F. Smith, the sum of $7.00;~~

121.   ~~Defendant Victor F. Sniezek and Mary E. Sniezek, the sum of $7.00;~~

122.   ~~Defendant William D. Speidel, Jr. and Florence K. Speidel, the sum of $43.00;~~

123.   Defendant Allen Spira and Myra B. Spira, the sum of $175.00;

124.   ~~Defendant Joseph J. Stec and Dean Witter Reynolds Inc., Custodian Joseph J. Stec IRA dtd 2/4/83, the sum of $7.00;~~

125.   Defendant Eugene Stem and Robert T. Stem, the sum of $798.00;

126.   Defendant Eugene C. Stem, Custodian FBO David E. Stem UGMA MD, the sum of $105.00;

127.   Defendant Eugene C. Stem and David E. Stem, the sum of $294.00;

128.   Defendant Richard E. Strohl and Emma L. Strohl, the sum of $665.00;

129.   ~~Defendant Ross D. Studer and Henry J. Studer, the sum of $1,890.00;~~

8

130. ~~Defendant Janet H. Studer and Delaware Charter Guarantee & Trust Co., Trustee FBO Janet H. Studer IRA UAD 2/14/86, the sum of $1,498.00;~~

131. Defendant Eugene A. Tartaglione and Margaret M. Tartaglione, the sum of $77.00;

132. ~~Defendant Richard G. Tordine, the sum of $35.00;~~

133. Defendant James E. Thoma, the sum of $7.00;

134. Defendant Stanley J. Tucker and Judith A. Tucker, the sum of $42.00;

135. ~~Defendant United Restaurant Equipment, Inc., the sum of $14.00;~~

136. ~~Defendant William G. Virtue and Florence Virtue, the sum of $7.00;~~

137. Defendant Helen Vonderheid and Gail Vonderheid, the sum of $49.00;

138. Defendant Martha Weiss, the sum of $350.00;

139. ~~Defendant Andrews S. Wisinski, Jr., the sum of $66.00;~~

140. ~~Defendant Wayne E. Work, the sum of $66.00;~~

141. Defendant Aaron A. Yelverton and Charles Schwab & Co., Inc., Custodian FBO Aaron A. Yelverton IRA, the sum of $35.00;

142. ~~Defendant Randolph Yelverton and Charles Schwab & Co., Inc., Custodian FBO Randolph Yelverton IRA, the sum of $35.00;~~

143. ~~Defendant Joan A. Zack, the sum of $106.00~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.285 per cent as provided by law.

9

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal

Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and

therefore, this judgment shall be entered as a separate, final judgment.

DATED this _12_ day of __October__, 1999.

_____

Walker D. Miller, United States District Court Judge

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 13 1999
JAMES R. MANSPEAKER
CLERK